

**IT IS ORDERED as set forth below:**

**Date: April 29, 2022**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE: | ) CASE NO. 22-40095-BEM |
| | ) |
| JOY LYNN PATTERSON, | ) CHAPTER 7 |
| | ) |
| Debtor. | ) |
| _____ | ) |
| | ) |
| U.S. BANK TRUST NATIONAL | ) CONTESTED MATTER |
| ASSOCIATION, AS TRUSTEE OF | ) |
| THE CABANA SERIES III TRUST, | ) |
| | ) |
| Movant, | ) |
| | ) |
| vs. | ) |
| | ) |
| JOY LYNN PATTERSON, and | ) |
| TRACEY L. MONTZ, Trustee, | ) |
| | ) |
| Respondents. | ) |
| _____ | ) |

**CONSENT ORDER GRANTING MOTION FOR RELIEF FROM STAY**

U.S. Bank Trust National Association, as Trustee of the Cabana Series III Trust, c/o SN Servicing Corporation, its servicing agent ("Movant"), filed a Motion for Relief

from Stay on April 27, 2022 (Doc. No. 14) ("Motion").  Movant and Debtor have consented to the terms herein, there is not any opposition from the Chapter 7 Trustee, and good cause has been shown.  Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

1.

The Motion is hereby granted.

2.

The stay set forth in FBR 4001(a)(3) is hereby waived, and the automatic stay is hereby terminated as to Movant so that it may pursue and enforce under non-bankruptcy law any and all rights it has in and to that certain real property, as more particularly described in the loan documents attached to the Motion and incorporated herein by reference, commonly known as 7237 Hwy. 225 S., Chatsworth, GA 30705 ("Real Property"), including, but not limited to, advertising and conducting a foreclosure sale and seeking possession of the Real Property.

3.

Movant shall remit any surplus funds from the foreclosure sale to the Chapter 7 Trustee.

[END OF DOCUMENT]

PREPARED BY AND CONSENTED TO:
Attorney for Movant

/s/ Marc E. Ripps
Marc E. Ripps
Georgia Bar No. 606515

P.O. Box 923533
Norcross, Georgia 30010-3533
(770) 448-5377
Email:  meratl@aol.com


CONSENTED TO:
Attorney for Debtor

/s/ David W. Johnson
David W. Johnson           (By Marc E. Ripps, Esq. with express permission)
Georgia Bar No. 940310

Hurtt & Johnson, LLC
P O Box 1304
Dalton, GA 30722-1304
(706) 226-5425
Email:  david@hurttlaw.com


NO OPPOSITION:
Chapter 7 Trustee

/s/ Tracey L. Montz
Tracey L. Montz            (By Marc E. Ripps, Esq. with express permission)

Suite 108-#406
2146 Roswell Road
Marietta, GA 30062-3813
(404) 713-6472
Email: traceymontz@yahoo.com

DISTRIBUTION LIST ON CONSENT ORDER

Pursuant to LR 9013-3(c) NDGa., the Consent Order shall be served upon the following parties in interest:

Marc E. Ripps, Esq.
P.O. Box 923533
Norcross, Georgia 30010-3533

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Tracey L. Montz
Chapter 7 Trustee
Suite 108-#406
2146 Roswell Road
Marietta, GA 30062-3813

Michael D. Hurtt
Hurtt & Johnson, LLC
P O Box 1304
Dalton, GA 30722-1304

Joy Lynn Patterson
1958 Renfroe Rd., NE
Dalton, GA 30712-8843

Micah Fleming*
7237 Highway 225 S
Chatsworth, GA 30705-6402
        *Notice Only